JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK JOHN VENTERS, <br> aka "LION", <br><br> Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br> Counts I, III, and V: 21 U.S.C. § 841(a)(1), Distribution of Cocaine, <br><br> Counts II, IV, and VI: 18 U.S.C. § 924(c)(1)(A), Carrying a Firearm During and in Relation to a Drug Trafficking Crime. <br><br> Case: 2:20-cr-00026 <br> Assigned To : Barlow, David B. <br> Assign. Date : 1/22/2020 <br> Description: |

The Grand Jury Charges:

### COUNT I
21 U.S.C. § 841(a)(1)
(Distribution of Cocaine)

On or about October 10, 2019, in the Central Division of the District of Utah,

PATRICK JOHN VENTERS, aka "LION",

defendant herein, did knowingly and intentionally distribute cocaine, a schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT II
18 U.S.C. § 924(c)(1)(A)
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about October 10, 2019, in the Central Division of the District of Utah,

PATRICK JOHN VENTERS, aka "LION",

defendant herein, did knowingly carry a firearm during and in relation to a drug trafficking crime, to wit: Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1) as alleged in Count I of this Indictment, which Count is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT III
21 U.S.C. § 841(a)(1)
(Distribution of Cocaine)

On or about October 18, 2019, in the Central Division of the District of Utah,

PATRICK JOHN VENTERS, aka "LION",

defendant herein, did knowingly and intentionally distribute cocaine, a schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT IV
18 U.S.C. § 924(c)(1)(A)
(Carrying Firearms During and in Relation to a Drug Trafficking Crime)

On or about October 18, 2019, in the Central Division of the District of Utah,

PATRICK JOHN VENTERS, aka "LION",

defendant herein, did knowingly carry firearms during and in relation to a drug trafficking crime, to wit: Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1) as alleged in Count III of this Indictment, which Count is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT V
21 U.S.C. § 841(a)(1)
(Distribution of Cocaine)

On or about October 24, 2019, in the Central Division of the District of Utah,

PATRICK JOHN VENTERS, aka "LION",

defendant herein, did knowingly and intentionally distribute cocaine, a schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT VI
18 U.S.C. § 924(c)(1)(A)
(Carrying Firearms During and in Relation to a Drug Trafficking Crime)

On or about October 24, 2019, in the Central Division of the District of Utah,

PATRICK JOHN VENTERS, aka "LION",

defendant herein, did knowingly carry firearms during and in relation to a drug trafficking crime, to wit: Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1) as alleged in Count V of this Indictment, which Count is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 924 or 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense(s), including, but not limited to:

- Smith & Wesson SD9 VE 9mm handgun, s/n FYD0129;
- Quality Arms QAI M 15 rifle, s/n QA10426;
- Beretta BU9 Nano 9mm handgun, s/n NU008706; and
- Llama .45 caliber handgun, s/n A93833.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney

4